IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOUGLAS P. MANSMANN, | ) | |
| DEBRA P. MANSMANN, | ) | |
| | ) | CASE NO. |
| Debtors, | ) | 13-mc-00005-CB-M |
| | ) | |
| DOUGLAS P. MANSMANN, | ) | Bankr. Case No. 11-01158 |
| DEBRA P. MANSMANN, | ) | |
| | ) | |
| Plaintiffs | ) | Adv. Proc. No. 11-00176 |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, | ) | |
| L.L.C, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on a motion to withdraw the reference of the above-styled adversary proceeding pursuant to 28 U.S.C. § 157(d) filed by Douglas P. Mansmann and Debra P. Mansmann.  (Doc. 1.)  Upon consideration of this motion, the Bankruptcy Court for the Southern District of Alabama has entered a Report and Recommendation (Doc. 2) recommending that permissive withdrawal be granted with respect to Count One and Counts Four through Ten of the adversary complaint, that the Bankruptcy Court handle all pretrial matters in those counts, and that the Bankruptcy Court move forward on Counts Two and Three involving bankruptcy law.  No objection has been filed.

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation and **GRANTS** the motion to withdraw the reference as to the claims listed above.

However, the Court will delay the withdrawal until the Bankruptcy Court certifies that the case is ready for trial.  Upon certification by the Bankruptcy Court that the parties are ready for trial, the Court will withdraw the reference.

The Clerk of Court is directed to close this file for administrative purposes until such time as certification is received from the Bankruptcy Court.

**DONE** and **ORDERED** this the 28th day of May, 2013.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**